FILED

AUG 27 20~~

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,       )
                                )    CRIMINAL NO. 15-mj-7082
        Plaintiff,              )
                                )
        vs.                     )    Title 18, United States Code,
                                )    Sections 2252(a)(2)(B)
MIGUEL ANGEL VASQUEZ TORRES,    )
                                )
        Defendant.              )

## CRIMINAL COMPLAINT

I, Brian Koberna, Special Federal Officer for the Federal Bureau of Investigation Cyber

Crimes Task Force, the undersigned complainant, being duly sworn, states the following is true

and correct to the best of my knowledge and belief:

## COUNT 1

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about May 4, 2015, in Clinton County, Illinois, within the Southern District of

Illinois,

**MIGUEL ANGEL VASQUEZ TORRES,**

defendant herein, did knowingly distribute visual depictions containing child pornography, as

defined in Title 18 United States Code, Section 2256(8)(A), including, but not limited to, the

following: video file 5892380372f8868ebceb5c0888b496d4.mp4, which depicts an adult male

vaginally penetrating a female toddler, that had been shipped or transported in or affecting

interstate or foreign commerce by any means, including by computer, all in violation of Title 18,

United States Code, Section 2252A(a)(2)(B) & (b).

<u>COUNT 2</u>

RECEIPT OF CHILD PORNOGRAPHY

On or about May 4, 2015, in Clinton County, Illinois, within the Southern District of Illinois,

**MIGUEL ANGEL VASQUEZ TORRES,**

defendant herein, did knowingly receive visual depictions containing child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), including but not limited to the following: video file 6f5be101a85fabbc32218ae469e68531.mp4, which depicts an adult male inserting his penis into the mouth of a female toddler, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b).

AFFIDAVIT

I further state that I am a Special Federal Officer with the Federal Bureau of Investigations, and that this complaint is based on the following facts:

1.     I, Brian Koberna, have been a sworn peace officer in the State of Illinois since 2003. I am employed as a Detective with the Madison County Sheriff's Office and I am assigned to the Forensic Computer Crime Unit. I am also assigned to the Federal Bureau of Investigation, Metro East Cyber Crime Task Force as a Special Federal Officer (SFO). I have received extensive training related to computer crimes consisting of on-line investigations and computer forensic courses. These training sessions were taught by the National White Collar Crime Center (NW3C), Southern Illinois Law Enforcement Commission (S.I.L.E.C), Access Data, Illinois Internet Crimes against Children (I.C.A.C) Task Force, and the Federal Bureau of Investigation (F.B.I).

2.     On May 26, 2015, I received a lead from the National Center for Missing and

Exploited Children (NCMEC) CyberTipline Lead, through the Illinois Internet Crimes Against Children (ICAC) Taskforce, regarding an individual who was uploading child pornography to a Photobucket.com cloud storage account identified as transmetalero777. Based upon this NCMEC lead, I applied for and obtained a search warrant from the Illinois Third Judicial Circuit Court in Madison County, Illinois to obtain all information, images and videos associated with the Photobucket.com account identified as transmetalero777.

3.     Photobucket.com provides users with a way to manage, store and share their personal media online. The Photobucket.com service provides users with a cloud-based storage for a wide variety of digital media. Photobucket.com users share their personal digital media by email, instant messaging, and mobile devices.

4.     An online open source search of the associated email address of transmetalero777@yahoo.com, located a Myspace account identified as "Miguel Torres (transmetalero777) on Myspace" out of Highland Illinois. A search of police databases indicated that there had been contact with a Miguel Angel Vasquez Torres and a female who was referred to in the reports as his wife, Michelle Annette Philips, at an address in Highland, Illinois in 2011. It should be noted that I compared photographs of Miguel Angel Vasquez Torres from the 2011 Highland Police Department incident report to the profile photograph on the Myspace account for Miguel Torres (transmetalero777) and they are of the same person (Miguel Angel Vasquez Torres).

5.     On June 1, 2015, I received the basic subscriber information, IP per image logs, and the stored content associated with the transmetalero777 Photobucket.com account pursuant to the state search warrant. I was able to determine that there had been a large number of uploads of child pornography from IP address 75.132.220.39 between April 5, 2015 and April 19, 2015. The

basic subscriber information provided by Photobucket.com identified the subscriber's date of birth as the same date of birth as Miguel Angel Vasquez Torres.

6.   On June 10, 2015, I received information from Charter Communications pursuant to a Grand Jury subpoena from the Circuit Court for the Third Judicial Circuit of Illinois. Charter Communication confirmed that the IP address of 75.132.220.39 is registered to Michelle Phillips with at the address shared by Torres and Phillips and had been registered under that same name and address during the timeframe of April 5, 2015 to April 19, 2015 when the images of child pornography were uploaded.

7.   During the review of uploaded material from the transmetalero777 Photobuck.com account, I observed videos and images of prepubescent males and/or females engaged in sexual acts involving penetration, including a video of an infant being tortured and sexually abused.   I also observed videos involving torture and violence, necrophilia, and bestiality.

8.   A review of metadata on some of the images and videos from the transmetalero777 Photobuck.com account indicated mobile device information for an Apple iPhone 4s and Apple iPhone 5.  I had observed photographs of LG G2 and Samsung Galaxy Note cellular phones in the photographs on the transmetalero777 Photobuck.com account.

9.   A review of the transmetalero777 Photobucket.com account indicated that the child pornography files and digital photos of Torres were in a file path named "Mobile Uploads" which had been uploaded using the IP address 75.132.220.39.

10.   Based upon this information, I obtained a federal search warrant which was executed at the Beckemeyer, Illinois residence on August 25, 2015.  The person identified as Miguel Angel Vasquez Torres was present at the residence when the search warrant was

executed.   Among the items seized from the residence was a white and silver Apple iPhone 5, IMEI: 990002757743495. Approximately twenty additional items of computer and storage media were also seized during the search.

11.     Torres was advised of his Miranda rights and agreed to speak with law enforcement officers at the Clinton County Sheriff's Department.   During the interview, Torres admitted to downloading and distributing video files containing child pornography.   He stated that he used the "whatsapp" application on his Apple iPhone5 to receive and distribute the child pornography files. "Whatsapp" is a mobile text messaging application that utilizes the internet to communicate with other "whatsapp" users.   Torres stated he did not personally know the individuals with whom he was trading the child pornography files using the "whatsapp" messaging system.   During the interview, Torres also admitted to producing child pornography images of a minor female acquaintance and sexually abusing the minor.

12.     A forensic preview of the white and silver Apple iPhone5 which Torres indicated he used to distribute and receive child pornography revealed approximately 10-15 video files containing child pornography.     One of the video files recovered, identified as 5892380372f8868ebceb5c0888b496d4.mp4, depicts an adult male vaginally penetrating a female toddler and was distributed from the iPhone5 on May 4, 2015 using the "whatsapp" messaging system.   Another video file recovered, identified as 6f5be101a85fabbc32218ae469e68531.mp4, depicts an adult male inserting his penis into the mouth of a female toddler and was received on the iPhone5 on May 4, 2015 using the "whatsapp" messaging system.   Also recovered during the forensic preview was the same video file identified in Torres' Photobucket.com account which depicts an infant being tortured and sexually abused

13.     The video files recovered from the white and silver Apple iPhone 5, IMEI: 990002757743495 had been received and distributed using the internet mobile messaging system "whatsapp," a facility of interstate commerce.   In addition, the white and silver Apple iPhone 5,

IMEI: 990002757743495 that contained child pornography was assembled in China and all or some of its components were manufactured outside of Illinois.

**FURTHER AFFIANT SAYETH NAUGHT.**

Brian Koberna, Special Agent
Federal Bureau of Investigation


State of Illinois          )
                           )  SS
County of St. Clair        )

Sworn to before me and subscribed in my presence on the 27ᵗʰ day of August 2015, at East St. Louis, Illinois.


STEPHEN C. WILLIAMS
United State Magistrate Judge


STEPHEN R. WIGGINTON
United States Attorney


ALI SUMMERS
Assistant United States Attorney